**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ROCKETSLED MERCHANDISE** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION** |
| **vs.** | § | **NO. 4:17-CV-00743-O** |
| | § | |
| **UNITED STATES LIABILITY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| *Defendant.* | § | |

_____

### AGREED STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
_____

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Rocketsled Merchandise and Defendant United States Liability Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendant United States Liability Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 11th day of April, 2019.

Respectfully submitted,


By:   /s/ Cassandra Pruski (w-permission)
      Robert W. Loree
      State Bar No. 12579200
      Cassandra Pruski
      State Bar No. 24083690

LOREE & LIPSCOMB
The Terrance at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas  78258
Telephone:  (210) 404-1320
Facsimile:  (210) 404-1310
Email:  rob@lhllawfirm.com
Email:  cassie@lhllawfirm.com

**ATTORNEYS FOR PLAINTIFF**


By:   /s/ Daniel P. Buechler
      Daniel P. Buechler
      State Bar No. 24047756
      Roy E. Mathews
      State Bar No. 2408349

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  dbuechler@thompsoncoe.com
Email:  rmathews@thompsoncoe.com


**ATTORNEY FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that Defendant has served a true and correct copy of the foregoing document on April 11, 2019 to the following counsel of record through the Court's ECF filing system:

Robert W. Loree
Cassandra Pruski
LOREE & LIPSCOMB
The Terrance at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas  78258


/s/  Daniel P. Buechler
Daniel P. Buechler
Roy E. Mathews

6833610v1
11203.006